443 A.2d 407

Crown Central Petroleum Corp., Appellant v. Waldman..

Submitted June 23, 1981. David Richman, for appellant; Lewis H. Markowitz, for appellee.

Before PRICE, BECK and JOHNSON, JJ.

The order of the Court of March 19, 1980, is affirmed.